JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HELENA D. DOZIER, | ) | Case No.: CV 11-8316 DSF (SSx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| AMERICAN HOME MORTGAGE SERVICING, INC., | ) | |
| Defendant. | ) | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 11/16/11

_____
Dale S. Fischer
United States District Judge